1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
3  Mail: PO Box 262490
   San Diego, CA 92196-2490
4  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff

7  K. TOM KOHAN (SBN: 225420)
   tom@kohanlawfirm.com
8  KOHAN LAW FIRM
   3415 South Sepulveda Blvd., Suite 460
9  Los Angeles, CA 90071
   Telephone: (310) 349-1111
10  Facsimile: (888) 476-7010
   Attorney for Defendants
11 Fourteenth Street Properties, LLC and LA's Meds 4 Less Group, Inc.

12                    UNITED STATES DISTRICT COURT
13                   CENTRAL DISTRICT OF CALIFORNIA

14 | CHRIS LANGER,                          | ) Case No.: 2:18-CV-01496-R-RAO
15 |         Plaintiff,                     | ) **JOINT NOTICE OF SETTLEMENT**
   | v.                                     | )
16 |                                        | )
   | FOURTEENTH STREET PROPERTIES,          | )
17 | LLC, a California Limited Liability    | )
   | Company;                               | )
18 | LA'S MEDS 4 LESS GROUP, INC., a        | )
   | California Domestic Nonprofit          | )
19 | Corporation; and Does 1-10,            | )
   |                                        | )
20 |         Defendants.                    | )
21

Joint Notice of Settlement           -1-            2:18-CV-01496-R-RAO

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

11  Dated: July 30, 2018          CENTER FOR DISABILITY ACCESS

                                  By: __/s/ Phyl Grace_____
                                       Phyl Grace
                                       Attorneys for Plaintiff

15  Dated: July 30, 2018          KOHAN LAW FIRM

                                  By: __/s/ K. Tom Kohan_____
                                       K. Tom Kohan
                                       Attorney for Defendants
                                       Fourteenth Street Properties, LLC and
                                       LA's Meds 4 Less Group, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to K. Tom Kohan, counsel for Fourteenth Street Properties, LLC and LA's Meds 4 Less Group, Inc., and that I have obtained Mr. Kohan's authorization to affix his electronic signature to this document.

Dated: July 30, 2018

CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace
      Phyl Grace
      Attorney for Plaintiff